UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBIN LYNN SPILLERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2:14-cv-0106 |
| v. ) | Judge Sharp |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 22) as to Plaintiff Robin Lynn Spiller's Motion for Judgment as a Matter of Law (Docket No. 19). Plaintiff had sought judicial review of the Social Security Commissioner's denial of Plaintiff's application for a period of disability and disability insurance under Title II of the Social Security Act, 42 U.S.C. § 423(a). In the R & R, the Magistrate Judge recommended that Plaintiff's Motion be denied and that the Social Security Commissioner's decision be affirmed. Plaintiff made no objections.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b). Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R.

Accordingly, the Court rules as follows:

(1) The R & R (Docket No. 22) is hereby ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 19) is hereby DENIED; and

(3) The Social Security Commissioner's decision is hereby AFFIRMED.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE